WORLDWIDE TROPICALS, INC. *v.* ZONING BOARD OF
APPEALS OF THE TOWN OF GUILFORD

The petition by the plaintiff for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*Marshall N. Dudley,* in support of the petition.

*Joseph C. Lee,* in opposition.

Submitted February 8—decided March 1, 1972

STATE OF CONNECTICUT *v.* WILLIAM STROUD

The motion by the defendant for review of the decision of the trial court in the appeal from the Superior Court in New London County denying his motion to open judgment and extend the time in which to file a draft finding is granted and the case is remanded to the Superior Court with direction that an order be entered granting to the defendant a reasonable time in which to file a draft finding.

*Abram A. Washton,* in support of the motion.

Submitted February 17—decided March 1, 1972

VAL PREVEDINI *v.* MOBIL OIL CORPORATION

The motion by the plaintiff for suspension of the rules pursuant to Practice Book § 762, as amended, in the appeal from the Appellate Division of the Circuit Court is denied.

*Elliott B. Pollack,* in support of the motion.

Submitted February 17—decided March 1, 1972